# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| THE PASSAVANT MEMORIAL AREA HOSPITAL ASSOCIATION, an Illinois not-for-profit corporation, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-3116 |
| | ) |
| LANCASTER POLLARD & CO., an Ohio corporation; LANCASTER POLLARD ASSET MANAGEMENT, LLC an Ohio limited liability company; and STEVEN W. KENNEDY, JR., | ) ) ) ) ) |
| | ) |
| Defendants and Third-Party Plaintiffs, | ) ) |
| | ) |
| v. | ) |
| | ) |
| JASON L. GEORGE, ALLISON M. BINKLEY, and PECK SHAFFER & WILLIAMS, LLP, | ) ) ) |
| | ) |
| Third-Party Defendants. | ) |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge.

This cause is before the Court on the Parties' Agreed Motion and

Stipulation to Extension of Time to Respond to Third-Party Defendants' Motions to Dismiss (d/e 25).

In April 2011, Plaintiff, the Passavant Memorial Area Hospital Association, filed a Complaint against Defendants Lancaster Pollard & Co., Lancaster Pollard Asset Management, and Steve W. Kennedy, Jr. in state court (Defendants). In May 2011, Defendants filed a Notice of Removal to this Court. On May 27, 2011, Defendants filed a Third-Party Complaint against Third-Party Defendants Jason L. George, Allison M. Binkly, and Peck, Shaffer & Williams, LLP.

In July 2011, Third-Party Defendants Binkley and Peck, Shaffer & Williams, LLP, filed Motions to Dismiss (de/ 19, 21, 23). Responses are due on or before July 28, 2011. In addition, Third-Party Defendant George's response to the Third-Party Complaint is due on or before July 21, 2011. The parties anticipated that Third-Party Defendant George will file a similar motion to dismiss. Third-Party Defendant George did, in fact, file a Motion to Dismiss on July 21, 2011 (d/e 27).

The parties request, in the interest of streamlining the litigation and

giving the responding parties additional time to respond to the Motions to Dismiss, that the deadline to respond to the Motions to Dismiss on file and any motion filed by Third-Party Defendant George (on or before July 21, 2011) be extended to August 22, 2011.

For good cause shown, the Parties' Agreed Motion and Stipulation to Extension of Time to Respond to Third-Party Defendants' Motions to Dismiss (d/e 25) is GRANTED.  Responses to the following motions are due on or before August 22, 2011: (1) Third-Party Defendant Binkley's Motion to Dismiss (d/e 19); (2) Third-Party Defendant Peck Shaffer & Williams, LLP's Motion to Dismiss (d/e 21); (3) Third-Party Defendant Peck Shaffer & Williams, LLP's Motion to Dismiss (d/e 23); and (4) Third-Party Defendant George's Motion to Dismiss (d/e 27).

ENTERED: July 22, 2011

FOR THE COURT:

_____s/Sue E. Myerscough_____
SUE E. MYERSCOUGH
UNITED STATE DISTRICT JUDGE